IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

OBADIAH SAVOY DILLARD,

    Plaintiff,

v.                          Case No. 1:19cv130-MW/GRJ

UNITED STATES MILITARY,

    Defendant.
_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 6. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "This case is **DISMISSED without prejudice** for abuse of the judicial process and pursuant to the three-strikes bar under 28 U.S.C. § 1915(g)." The Clerk shall also close the file.

**SO ORDERED on October 25, 2019.**

                                          **s/ MARK E. WALKER**
                                          **Chief United States District Judge**